1  Bryan M. Barber (California State Bar No. 118001)
   (bbarber@barberlg.com.)
2  BARBER LAW GROUP
   101 California Street, Suite 810
3  San Francisco, California 94111-5802
   Telephone:  (415) 273-2930
4  Facsimile:  (415) 273-2940

5  Attorney for Plaintiff
   FLUKE ELECTRONICS CORPORATION
6

**ADR**

**E-FILING**

**Filed**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FLUKE ELECTRONICS CORPORATION a Washington corporation | Case No.: **C08 01188 PVT** |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| STEPHEN MANGELSON, a California resident; | |
| Defendant. | |

**PROOF OF SERVICE**

Case No.:

1    I, Christina Thompson, hereby declare as follows:

2        I am over the age of eighteen years and not a party to this action. I am employed with the

3 law firm of BARBER LAW GROUP whose address is 101 California Street, Suite 810, San

4 Francisco, California 94111-5802.

5        On February 28, 2008, I caused to be served the following document(s):

6    **COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

7

8 on the interested parties to this action provided below:

| Stephen Mangelsen<br>7358 Hihn Rd.<br>Ben Lomand, CA<br>95005 | Defendant:<br>Stephen Mangelsen |
|---|---|

13 ☐ (BY E-FILE) I caused the foregoing document(s) to be served on all parties set forth above by filng with the Court using the electronic court filing (ECF) system.

14 ☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

16 ☐ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

17 ☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

20 [ ] (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

22 ☒ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

24        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California on February 28, 2008.

*[signature]*

Christina Thompson

28 2022090

**PROOF OF SERVICE**

Case No.:
Page 1