# United States District Court  AUR
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br>Plaintiff<br><br>V.<br><br>STEPHEN MANGELSEN, a California resident,<br>Defendant | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>**C08  01188  PVT** |

TO: (Name and address of defendant)

Stephen Mangelsen
7358 Hihn Road
Ben Lomand, CA
95005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bryan M. Barber (California State Bar No. 118001)
(bbarber@barberlg.com.)
BARBER LAW GROUP
101 California Street, Suite 810
San Francisco, California 94111-5802
Telephone: (415) 273-2930
Facsimile: (415) 273-2940

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                                                     DATE February 28, 2008

[signature]
(BY) DEPUTY CLERK

(v. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| | TITLE |
| Name of SERVER | |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| SERVICES | | TOTAL |
|---|---|---|
| TRAVEL | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure