1  Bryan M. Barber
   BARBER LAW GROUP
2  101 California Street, Suite 810
   San Francisco, California 94111-5802
3  Telephone: (415) 273-2930
   Facsimile: (415) 273-2940

4  Attorneys for Plaintiff
   Fluke Electronics Corporation
5

6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

| Fluke Electronics Corporation, a Washington corporation, | Case No.: C08 01188-PVT |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| Stephen Mangelsen, a California resident | |
| Defendant. | |

17  I, Christina Thompson, hereby declare as follows:

18      I am over the age of eighteen years and not a party to this action. I am

19  employed with the law firm of BARBER LAW GROUP, whose address is 101

20  California Street, Suite 810, San Francisco, California 94111-5802

21      On March 17, 2008, I caused to be served copies of the following

22  document(s):

23      Summons in a Civil Case and all accompanying court documents attached

24      thereto.

25      Civil Cover Sheet

26      Complaint for Breach of Contract and Declaratory Relief

27

28

CERTIFICATE OF SERVICE                                    Page 1
                                                  Case No. C08 01188-PVT

on the interested parties to this action provided below:

Donn Waslif  
MORGAN, FRANICH,  
FREDKIN & MARSH  
99 Almaden Boulevard  
Suite 1000  
San Jose, CA 95113  
tel: (408) 288-8288  
fax: (408) 288-8325  

Attorney for Defendant,  
Stephen Mangelsen

☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☒ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California on March 17, 2008.

*(signature)*  
Christina Thompson

2022837