DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. DENT, ESQ. [State Bar No. 222184]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendant
STEPHEN MANGELSEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>　　　　　　Defendant. | NO. C0-8-01188 PVT<br><br>**NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE SECOND CAUSE OF ACTION (RULE 12(e), 12(f))**<br><br>Date:　　May 13, 2008<br>Time:　　10:00 a.m.<br>Dept.:　　5 |

**TO FLUKE ELECTRONICS CORPORATION AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT ON May 13, 2008 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 5 of the above-encaptioned court, located at 280 North First Street, San Jose, California 95113, Defendant STEPHEN MANGELSEN will move for an order compelling Plaintiff to make a more definite statement, to strike the Second Cause of Action of the Complaint, and to strike the Prayer for attorneys' fees.

This motion is made on the grounds that the First Cause of Action is too vague and ambiguous to allow Defendant to frame an appropriate response; that the Second Cause of Action is surplusage; and that Plaintiff has pleaded neither contract nor statute entitling

---

1  Plaintiff to recover attorneys' fees.  The motion is made pursuant to Federal Rule of Civil
2  Procedure, Rules 12(e) and 12(f).
3      This motion will be based on this Notice of Motion and Motion, the Memorandum of
4  Points and Authorities filed herewith, and on such other oral and documentary evidence to be
5  presented at the hearing.

6  Dated: April 4, 2008         MORGAN, FRANICH, FREDKIN & MARSH

8  By _____
    GRETCHEN E. DENT
9      Attorneys for Defendant
    STEPHEN MANGELSEN

---

NOTICE OF MOTION FOR MORE DEFINITE STATEMENT
AND TO STRIKE SECOND CAUSE OF ACTION    2