DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. DENT, ESQ. [State Bar No. 222184]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Defendant
STEPHEN MANGELSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>                    Plaintff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>                    Defendant. | NO. C0-8-01188 PVT<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE SECOND CAUSE OF ACTION (RULE 12(e), 12(f))**<br><br>Date:   May 13, 2008<br>Time:   10:00 a.m.<br>Dept:   5 |

TO PLAINTIFF, FLUKE ELECTRONICS CORPORATION, ITS ATTORNEYS, AND

THE U.S. DISTRICT COURT:

PLEASE TAKE NOTICE that Defendant, STEPHEN MANGELSEN, hereby

withdraws, without prejudice to re-file, his MOTION FOR MORE DEFINITE STATEMENT

AND TO STRIKE SECOND CAUSE OF ACTION (RULE 12(e), 12(f)), filed on Aril 4,

2008, to be heard on May 13, 2008, at 10:00 a.m. in Department 5 of the above entitled court.

Dated:  April 9, 2008                    MORGAN, FRANICH, FREDKIN & MARSH

By _____
DONN WASLIF Attorneys for Defendant
STEPHEN MANGELSEN

1 | DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. DENT, ESQ. [State Bar No. 222184]
2 | MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
3 | San Jose, California  95113-1613
Telephone:(408) 288-8288
4 | Facsimile:  (408) 288-8325

5 | Attorneys for Defendant
STEPHEN MANGELSEN

6

7

8 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | FLUKE ELECTRONICS
CORPORATION, a Washington
corporation,

12 |                Plaintff,

13

14 | vs.

15 | STEPHEN MANGELSEN, a California
resident,

16 |                Defendant.

NO. C0-8-01188 PVT

**CERTIFICATE OF SERVICE BY MAIL**

17

18       I, the undersigned, hereby certify that I am over the age of eighteen years and not a

19 party to the within action.  My business address is 99 Almaden Boulevard, Suite 1000, San

20 Jose, California 95113-1606.

21       On the date indicated below, I served by mail a true copy of the following document:

22 **NOTICE OF WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT**

23 **AND TO STRIKE SECOND CAUSE OF ACTION (RULE 12(e), 12(f))**

24       I am readily familiar with the practice of this business for collection and processing of

25 documents for mailing with the United States Postal Service.  Documents so collected and

26 processed are placed for collection and deposit with the United States Postal Service that same

27 day in the ordinary course of business.  The above-referenced document(s) were placed in (a)

28 sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed

CERTIFICATE OF SERVICE            1

1 | parties and such envelope(s) was (were) placed for collection and deposit with the United

2 | States Postal Service on the date listed below at San Jose, California.

3 | **Attorneys for Plaintiff, FLUKE ELECTRONICS CORPORATION**

4 | Bryan M. Barber
BARBER LAW GROUP
5 | 101 California Street, Suite 810
San Francisco, CA 94111-5802
6 |
415-273-2930 P
7 | 415-273-2940 F
bbarber@barberlg.com
8 |
Executed on **April 9, 2008** , at San Jose, California.  I declare that I am employed in
9 |
the office of a member of the bar of this court at whose direction the service was made.
10 |
11 |
12 | **DONNA OLSON**
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |