UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fluke Electronics Corporation, a Washington corporation<br><br>      Plaintiff(s),<br><br>v.<br><br>Stephen Mangelsen, a California resident<br><br>      Defendant(s). | No. C  08 01188 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/11/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")