UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, | No. C 08-01188 JW |
| Plaintiff(s), | CLERK'S NOTICE CONTINUING MOTION HEARING |
| v. | |
| STEPHEN MANGELSEN, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion or More Definite Statement and, MOTION to Strike Second Cause of Action before Judge James Ware previously noticed for June 9, 20008 has been reset to **June 23, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are reminded of the Case Management Conference is also set for **June 23, 2008 at 10:00 AM.**

Dated: April 30, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy