# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FLUKE ELECTRONICS CORPORATION,
a Washington corporation,

          Plaintiff(s),

          v.

STEPHEN MANGELSEN, a California resident,

          Defendant(s).

CASE NO. C0-8-01188 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 23, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Donn Waslif | Stephen Mangelsen, Defendant | (408) 288-8288 | dwaslif@mffmlaw.com |
| Bryan M. Barber | Fluke Electronics Corp., Plaintiff | (415) 273-2930 | bbarber@barberlg.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/28/2008

                                            Attorney for Plaintiff

Dated: 5/28/2008

                                            Attorney for Defendant

Rev 12.05