DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. BIRKHEIMER, ESQ. [State Bar No. 222184]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendant
STEPHEN MANGELSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>　　　　　Plaintff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>　　　　　Defendant. | NO. C0-8-01188 JW<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Date:　　Monday, June 23, 2008<br>Time:　　9:00 a.m.<br>Room:　　8, 4th Floor<br>Judge:　　Hon. James Ware |

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

On the date indicated below, I served by mail a true copy of the following document: **DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE SECOND CAUSE OF ACTION (RULE 12(e), 12 (f))**.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed

---

CERTIFICATE OF SERVICE　　　　　　　　1　　　　　S:\clients\Mangelsen, stephen\PROOF OF SERVICE - USDC.wpd

1 parties and such envelope(s) was (were) placed for collection and deposit with the United
2 States Postal Service on the date listed below at San Jose, California.
3 **Attorneys for Plaintiff, FLUKE ELECTRONICS CORPORATION**

Bryan M. Barber
BARBER LAW GROUP
101 California Street, Suite 810
San Francisco, CA 94111-5802

415-273-2930 P
415-273-2940 F
bbarber@barberlg.com

Executed on **June 9, 2008**, at San Jose, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Janelle C. Lira*

---

CERTIFICATE OF SERVICE          2          S:\clients\Mangelsen, stephen\PROOF OF SERVICE - USDC.wpd