MARK B. FREDKIN, ESQ. [State Bar No. 53550]
DONN WASLIF, ESQ. [State Bar No. 164538]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendant
STEPHEN MANGELSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>Plaintff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>Defendant. | NO. C0-8-01188 JW<br><br>**DEFENDANT'S, STEPHEN MANGELSEN, CASE MANAGEMENT STATEMENT**<br><br>Date: June 23, 2008<br>Time: 10:00 a.m.<br>Judge: James Ware, Room 8 |

Defendant, STEPHEN MANGELSEN, submits the following Case Management Statement to the court prior to the hearing on his Rule 12 Motion (For More Definitive Statement) and the case management conference to be held June 23, 2008:

The parties have conferred regarding some of the issues raised by the present complaint. They have also conferred regarding a suitable form of early ADR. They have elected to set a mediation before a U. S. Magistrate Judge. As defendant has filed a Rule 12 Motion seeking a more definitive statement of the allegations and theories of liability and damages, and as defendant may file cross-claims against third parties, it would be premature and unpractical for defendant to confer further and determine limitations to be set on discovery, deadlines for non-expert discovery and expert discovery as well as other issues to be covered by a Joint CMC Statement. According to plaintiff's proposed Joint CMC Statement, it seeks a trial date

in October, 2008 (less than 120 days from now). Defendant would oppose a trial being set any earlier than March, 2009. The determination of a trial date should be deferred until the case is "at issue", the form of the complaint has been settled and all parties have appeared. At that time, the parties can confer upon and submit a Joint CMC Statement.

                                    Respectfully submitted,

Dated: June 17, 2008            MORGAN, FRANICH, FREDKIN & MARSH

                                    By _____
                                        DONN WASLIF, Attorneys for Defendant,
                                        STEPHEN MANGELSEN

DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. BIRKHEIMER, ESQ. [State Bar No. 222184]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendant
STEPHEN MANGELSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>Plaintff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>Defendant. | NO. C0-8-01188 JW<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

On the date indicated below, I served by mail a true copy of the following document: **DEFENDANT'S, STEPHEN MANGELSEN, CASE MANAGEMENT STATEMENT**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United

CERTIFICATE OF SERVICE                        1

1  States Postal Service on the date listed below at San Jose, California.

2  **Attorneys for Plaintiff, FLUKE ELECTRONICS CORPORATION**

3  Bryan M. Barber
   BARBER LAW GROUP
4  101 California Street, Suite 810
   San Francisco, CA 94111-5802

5
   415-273-2930 P
6  415-273-2940 F
   bbarber@barberlg.com
7
        Executed on **June 17, 2008**, at San Jose, California. I declare that I am employed in
8
   the office of a member of the bar of this court at whose direction the service was made.
9

10

11                              DONNA OLSON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE            2