**MORGAN, FRANICH, FREDKIN & MARSH**
A PARTNERSHIP OF LAW CORPORATIONS

SUITE 1000
99 ALMADEN BOULEVARD
SAN JOSE, CALIFORNIA 95113-1613
(408) 288-8288
FAX (408) 288-8325

MARK B. FREDKIN
MARK FRANICH
DOUGLAS J. MORGAN
ANTHONY MARSH
WILLIAM SIAMAS
LINDA M. MACLEOD
ELIZABETH M. PAPPY
DONN WASLIF
GRETCHEN E. DENT

June 23, 2008

Hon. James Ware
United States District Court
Northern District, San Jose Division
280 S. First Street, Room 8, 4th Fl.
San Jose, CA 95113

   Re: **Fluke Electronics Corporation vs. Stephen Mangelsen**
      **U.S. District Court, Case No: 5:08-cv-01188-JW**

Dear Judge Ware:

  On June 19, 2008, you issued an Order Denying Defendant's Motion for More Definite Statement AND TO Strike Second Cause of Action, wherein you also continued the June 23, 2008, Case Management Conference to July 7, 2008, with a Joint Case Management Statement to be filed on or before June 27, 2008. Unfortunately, I will be out of the office from June 24, 2008, through and including June 27, 2008. I would request that the Joint Case Management Conference Statement be filed on or before Monday, June 30, 2008. I spoke with plaintiff's counsel, Bryan M. Barber, and he has no objection to my request.

  Thank you for your consideration in this matter.

                Very truly yours,

                DONN WASLIF

DW:dmo
cc: Bryan M. Barber