**MORGAN, FRANICH, FREDKIN & MARSH**

A PARTNERSHIP OF LAW CORPORATIONS

MARK B. FREDKIN
MARK FRANICH
DOUGLAS J. MORGAN
ANTHONY MARSH
WILLIAM SIAMAS
LINDA M. MACLEOD
ELIZABETH M. PAPPY
DONN WASLIF
GRETCHEN E. DENT

SUITE 1000
99 ALMADEN BOULEVARD
SAN JOSE, CALIFORNIA 95113-1613
(408) 288-8288
FAX (408) 288-8325

July 10, 2008

Hon. James Ware
United States District Court
Northern District, San Jose Division
280 S. First Street, Room 8, 4th Fl.
San Jose, CA 95113

Re: Fluke Electronics Corporation vs. Stephen Mangelsen
U.S. District Court, Case No: 5:08-cv-01188-JW

Dear Judge Ware:

This matter is currently scheduled for a Preliminary Pretrial Conference on Monday, September 22, 2008, at 11:00 a.m. I have a calendar conflict with another matter and will be out of state that entire week. This letter is to request the conference be continued one week, to Monday, September 29, 2008, or to the next available date on the court's calendar.

Thank you for your consideration in this matter.

Very truly yours,

DONN WASLIF

DW:dmo
cc: Bryan M. Barber