**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, | No. C 08-01188 JW |
| Plaintiff(s), | CLERK'S NOTICE CONTINUING PRELIMINARY PRETRIAL CONFERENCE |
| v. | |
| STEPHEN MANGELSEN, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Preliminary Pretrial Conference before Judge James Ware previously noticed for September 22, 2008 at 11:00 AM has been reset to **October 6, 2008 at 11:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint pretrial statement by **September 29, 2008.**

Dated: July 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy