Bryan M. Barber (State Bar No. 118001)
(bbarber@barberlg.com.)
BARBER LAW GROUP
101 California Street, Suite 810
San Francisco, California  94111-5802
Telephone:     (415) 273-2930
Facsimile:       (415) 273-2940

Attorneys for Plaintiff
FLUKE ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>    Defendant. | Case No.:  C 08 01188 JW<br><br>**PROPOSED ORDER GRANTING FLUKE ELECTRONICS CORPORATION'S NOTICE OF AND BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (RULE 12(b)(6))** |
| STEPHEN MANGELSEN, a California resident,<br><br>    Cross-Complainant,<br><br>    v.<br><br>CLIFTON WARREN, a California resident; FLUKE ELECTRONICS CORPORATION, a Delaware corporation; inclusive,<br><br>    Cross-Defendants. | Hearing Date:    September 15, 2008<br>Hearing Time:    9:00 a.m.<br>Department:       8<br>Judge:                Hon. James Ware |

To DEFENDANT/COUNTER CROSS-CLAIMANT Stephen Mangelsen ("Mangelsen"):

PLEASE TAKE NOTICE that on September 15, 2008 at 9:00 a.m. plaintiff Fluke Electronics Corporation's ("Fluke") motion to dismiss defendant Stephen Mangelsen's cross-complaint, those causes of action plead against Fluke, came before this court.

1      IT IS HEREBY ordered that Stephen Mangelsen's first and second causes of action as set
2  forth in his cross-complaint are dismissed as to Fluke Electronics Corporation.

5  DATED: _____      _____
6                                           Honrable Judge James Ware

8  2023398