1  Bryan M. Barber (State Bar No. 118001)
   (bbarber@barberlg.com.)
2  BARBER LAW GROUP
   101 California Street, Suite 810
3  San Francisco, California 94111-5802
   Telephone:    (415) 273-2930
4  Facsimile:    (415) 273-2940

5  Attorneys for Plaintiff
   FLUKE ELECTRONICS CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FLUKE ELECTRONICS CORPORATION a     | Case No.: C 08 01188 JW
   | Washington corporation,              |
12 |                                      | **PROOF OF SERVICE**
   |         Plaintiff,                   |
13 |                                      |
   |    v.                                |
14 |                                      |
   | STEPHEN MANGELSEN, a California resident; |
15 |                                      |
   |         Defendant.                   |
16 |                                      |
17 | AND RELATED CROSS-ACTION.            |

18

19

20

21

22

23

24

25

26

27

28

1   I, Lily Huang, hereby declare as follows:

2   I am over the age of eighteen years and not a party to this action. I am employed with the

3   law firm of BARBER LAW GROUP whose address is 101 California Street, Suite 810, San

4   Francisco, California 94111-5802.

5   On August 5, 2008, I caused to be served the following document(s):

**DOCUMENTS SUBMITTED UNDER SEAL re: FLUKE ELECTRONICS CORPORATION'S NOTICE OF AND BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (RULE 12(b)(6)):**

**EXHIBIT A TO MOTION TO DISMISS**

on the interested parties to this action provided below:

| Donn Waslif<br>MORGAN FRANICH FREDKIN & MARSH<br>99 Almaden Boulevard, Suite 1000<br>San Jose, CA 95113-1613<br>Telephone: (408) 288-8288<br>Facsimile: (408) 288-8325 | Attorneys for Defendant<br>STEPHEN MANGELSEN |
|---|---|

☐ (BY E-FILE) I caused the foregoing document(s) to be served on all parties set forth above by filing with the Court using the electronic court filing (ECF) system.

☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☐ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed at San Francisco, California
3  on August 5, 2008.

                 /s/ Lily Huang
                 Lily Huang

2023396