| Attorney or Party without Attorney: DONN WASLIF, ESQ. MORGAN, FRANICH, FREDKIN, & MARSH 99 ALMADEN BLVD. SUITE 1000 SAN JOSE, CA 95113 Telephone No: 408-288-8288 | For Court Use Only |
|---|---|
| Attorney for: Respondent and Cross-Claimant | Ref. No. or File No.: CO-8-01188JW |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: FLUKE ELECTRONICS CORPORATION
Defendant: STEPHEN MANGELSEN

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: CO-8-01188 JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Cross-Complaint Of Stephen Mangelsen; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To United States District Judge; Standing Order Regarding Case Management Civil Cases; Notice Of Lawsuit And Request For Waiver Of Service Of Summons

3. a. Party served: CLIFTON WARREN

4. Address where the party was served: 911 THIRD STREET SANTA CRUZ, CA 95060

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 05, 2008 (2) at: 7:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. EUGENE LEVITRE JR.

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 80
      (iii) County: Santa Cruz

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 06, 2008

   (EUGENE LEVITRE JR.)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

8017805.morfr.151854