MARCO QUAZZO (SBN 142182)
MBV LAW LLP
855 Front Street
San Francisco, CA 94111
Telephone:  (415) 781-4400
Facsimile:  (415) 989-5143

Attorneys for Cross-Defendant
CLIFTON WARREN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN MANGELSEN,<br><br>    Defendant.<br><br>STEPHEN MANGELSEN,<br><br>    Cross-Complainant,<br><br>v.<br><br>CLIFTON WARREN, an individual; FLUKE ELECTRONICS CORPORATION, a Delaware corporation; inclusive,<br><br>    Cross-Defendants. | Case No.  C08-01188 JW<br><br>**[PROPOSED] ORDER GRANTING CLIFTON WARREN'S MOTION TO COMPEL ARBITRATION**<br><br>**(9 USC §4)**<br><br>Hearing Date:  November 3, 2008<br>Hearing Time:  9:00 a.m<br>Department:  8<br>Judge:  Hon. James Ware |

1  Cross-Defendant Clifton Warren's Motion to Compel Arbitration came before this Court on
2 November 3, 2008. Good cause appearing therefor, the Court hereby orders:
3  The Motion to Compel Arbitration is GRANTED. The Cross-Complaint filed by Stephen
4 Mangelsen is hereby dismissed as to Cross-Defendant Clifton Warren without prejudice, including
5 without limitation the Third, Fourth and Fifth Causes of Action.
6 Dated: _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE