1  Bryan M. Barber (State Bar No. 118001)
   (bbarber@barberlg.com.)
2  BARBER LAW GROUP
   101 California Street, Suite 810
3  San Francisco, California 94111-5802
   Telephone:   (415) 273-2930
4  Facsimile:   (415) 273-2940

5  Attorneys for Plaintiff
   FLUKE ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MANGELSEN, a California resident;<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: C 08 01188 JW<br><br>**DECLARATION OF ANNA KATHRYN BENEDICT IN SUPPORT OF FLUKE ELECTRONICS CORPORATION'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS DEFENDANT'S CROSS-COMPLAINT (RULE 12(b)(6))** |
|---|---|

I, Anna Kathryn Benedict, hereby declare as follows:

1. I am an attorney and contract counsel with the Barber Law Group, attorney of record for Plaintiff Fluke Electronics Corporation ("Fluke") in this action. The following is based on information and belief.

2. Attached hereto as Exhibit A is a copy of the August 22, 2002 Merger Agreement referred to in defendant Stephen Mangelsen's cross-complaint.

3. Attached hereto as Exhibit B is a copy of the September 14, 2007 Settlement Agreement referred to in defendant Stephen Mangelsen's cross-complaint.

1     4.    Attached hereto as Exhibit C is a copy of a document titled Action By Written Consent of the Shareholders of Raytek Corporation signed by defendant Stephen Mangelsen on August 26, 2002.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed his 2nd day of September, 2008 at San Francisco, California.

                              ___/s/ Anna Kathryn Benedict_____
                              Anna Kathryn Benedict

2023464

1  Bryan M. Barber (State Bar No. 118001)
   (bbarber@barberlg.com.)
2  BARBER LAW GROUP
   101 California Street, Suite 810
3  San Francisco, California  94111-5802
   Telephone:    (415) 273-2930
4  Facsimile:     (415) 273-2940

5  Attorneys for Plaintiff
   FLUKE ELECTRONICS CORPORATION
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | FLUKE ELECTRONICS CORPORATION a     | Case No.:  C 08 01188 JW
   | Washington corporation,              |
12 |                                      | **MANUAL FILING NOTIFICATION
   |                 Plaintiff,           | (EXHIBIT A – C TO DECLARATION OF
13 |                                      | ANNA KATHRYN BENEDICT IN
   |         v.                           | SUPPORT OF FLUKE ELECTRONICS
14 |                                      | CORPORATION'S REPLY BRIEF IN
   | STEPHEN MANGELSEN, a California resident, | SUPPORT OF MOTION TO DISMISS
15 |                                      | DEFENDANT'S CROSS-COMPLAINT
   |                 Defendant.           | (RULE 12(b)(6)))**
16 |                                      |

17 | STEPHEN MANGELSEN, a California resident,
18 |                 Cross-Complainant,
19 |         v.
20 | CLIFTON WARREN, a California resident;
   | FLUKE ELECTRONICS CORPORATION, a
21 | Delaware corporation; inclusive,
22 |                 Cross-Defendants.

23

24

25     RE:  **FLUKE ELECTRONICS CORPORATION'S REPLY BRIEF IN SUPPORT

26 OF MOTION TO DISMISS DEFENDANT'S CROSS-COMPLAINT (RULE 12(b)(6)).**

27     This filing is in paper or physical form only, and being maintained in the case file in the

28 Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy via

1  regular mail.  For information on retrieving this filing directly from the court, please see the
2  court's main website at http://www.cand.usgcourts.gov under Frequently Asked Questions
3  (FAQ).
4      This exhibit is not e-filed because it is designated as confidential and to be filed under
5  seal.

8  DATED:  September 2, 2008    Respectfully submitted,

9      BARBER LAW GROUP

11     _____/s/ Bryan M. Barber_____
       Bryan M. Barber
12     Attorney for Plaintiff and Cross-Defendant
       FLUKE ELECTRONICS CORPORATION

14 2023465