IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fluke Electronics Corp., | No. C 08-01188 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Stephen Mangelsen, | |
| Defendant. / | |

On October 6, 2008, the Court conducted a Preliminary Pretrial Conference. Counsel for the respective parties were present. In light of the discussion at the conference, the Court finds that the case is not yet ready for a trial schedule and orders as follows:

(1) The Court sets **January 26, 2009 at 9 a.m.** for a hearing on anticipated Cross-Motions for Summary Judgment. The parties shall notice their motions in accordance with the Civil Local Rules of the Court.

(2) The Court sets a Further Case Management Conference for **January 26, 2009 at 10 a.m.** On or before **January 16, 2009**, the parties shall submit a Joint Case Management Statement. The Court will set a new date for the Preliminary Pretrial Conference at the January 26 conference.

(3) The Court finds good cause to extend the deadline for the close of all discovery to October 20, 2008. All discovery disputes are referred to the assigned Magistrate Judge.

Dated: October 16, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan M. Barber bbarber@barberlg.com
Donn  Waslif dwaslif@mffmlaw.com
Dwight Craig Donovan Dwight@mbvlaw.com
Marco  Quazzo mquazzo@bcltlaw.com

**Dated: October 16, 2008**              **Richard W. Wieking, Clerk**

                                            **By: /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**