Bryan M. Barber (State Bar No. 118001)
(bbarber@barberlg.com.)
BARBER LAW GROUP
101 California Street, Suite 810
San Francisco, California 94111-5802
Telephone: (415) 273-2930
Facsimile: (415) 273-2940

Attorneys for Plaintiff
FLUKE ELECTRONICS CORPORATION

Donn Waslif, Esq. (State Bar No. 164538)
Gretchen E. Birkheimer, Esq. (State Bar No. 222184)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8325
Facsimile: (408) 299-8325

Attorneys for Defendant and Counter-Claimant
STEPHEN MANGELSEN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No.: C-08-01188-JW<br><br>**PLAINTIFF FLUKE ELECTRONICS CORPORATION'S AND DEFENDANT STEPHEN MANGELSEN'S JOINT STATEMENT AND [PROPOSED] ORDER**<br><br>Judge:            Hon. James Ware<br><br>Complaint filed:  February 28, 2008 |

Plaintiff Fluke Electronics Corporation and Defendant Stephen Mangelsen hereby submit this joint statement to the court.

### STATEMENT

The parties have reached a tentative settlement of four hundred twenty thousand dollars ($420,000) to resolve this matter. Pursuant to the terms of the settlement, Fluke agrees to dismiss its claims against Defendant Stephen Mangelsen with prejudice in exchange for full and prompt

1  payment of $420,000 by Defendant Mangelsen no later than January 5, 2009 and dismissal with
2  prejudice of his cross-complaint against Fluke Electronics Corporation.
3      The parties request that the Court continue the hearing date for motions for summary
4  judgment and the case management conference to March 2, 2009, if necessary.

6  DATED: December 29, 2008    Respectfully submitted,
    BARBER LAW GROUP

        /s/ Bryan M. Barber
    Bryan M. Barber
    Attorneys for Plaintiff
    FLUKE ELECTRONICS CORPORATION

12  DATED: December 29, 2008    Respectfully submitted,
    MORGAN, FRANICH, FREDKIN & MARSH

        /s/ Donn Waslif
    Donn Waslif
    Attorneys for Defendant
    STEPHEN MANGELSEN

**JOINT STATEMENT**
Case No.: C 08 01188 JW    Page 2

## ORDER

IT IS HEREBY ORDERED **AS MODIFIED:**

Pursuant to the parties' representation that above-entitled matter has reached a settlement, the Court vacates all trial and pretrial dates. In addition, although the Statement of Settlement does not refer to Defendant Mangelsen's cross-claims against Clifton Warren, the Court DENIES Warren's pending Motion to Compel Arbitration (Docket Item No. 34), without prejudice to be renewed in the event that the parties' settlement does not cover the cross-action.

On or before **January 26, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **February 2, 2009 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

On or before **January 26, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: December 30, 2008

_____
JAMES WARE
United States District Judge

JOINT STATEMENT
Case No.: C 08 01188 JW

Page 3