DONN WASLIF, ESQ. [State Bar No. 164538]
GRETCHEN E. BIRKHEIMER, ESQ. [State Bar No. 222184]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Defendant and Counter-Claimant
STEPHEN MANGELSEN

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUKE ELECTRONICS CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>STEPHEN MANGELSEN, a California resident,<br><br>            Defendant.<br><br>AND RELATED COUNTER CLAIM. | NO. C0-8-01188 JW<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND DISMISSAL OF COUNTER-CLAIM AGAINST PLAINTIFF ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiff FLUKE ELECTRONICS CORPORATION and Defendant STEPHEN MANGELSEN through their designated counsel that the Complaint of Plaintiff, and the Counter-Claim of Defendant as against Plaintiff only, be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

///

///

Each party shall bear its own attorneys' fees and costs.

Dated: January 19, 2009                BARBER LAW GROUP

By   /s / Bryan M. Barber
BRYAN M. BARBER, ESQ.
Attorneys for Plaintiff
FLUKE ELECTRONICS CORPORATION

Dated: January 19, 2009                MORGAN, FRANICH, FREDKIN & MARSH

By   /s/ Donn Waslif
DONN WASLIF
Attorneys for Defendant and Counter-Claimant,
STEPHEN MANGELSEN

\*\*\* **ORDER** \*\*\*

The Clerk shall close this file.

Dated: January 28, 2009

JAMES WARE
United States District Judge

STIPULATION OF DISMISSAL OF COMPLAINT AND OF
COUNTER-CLAIM AGAINST PLAINTIFF ONLY                2

day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California.

**Attorneys for Plaintiff and Cross-Defendant, FLUKE ELECTRONICS CORPORATION**

Bryan M. Barber
BARBER LAW GROUP
101 California Street, Suite 810
San Francisco, CA 94111-5802

415-273-2930 P
415-273-2940 F
bbarber@barberlg.com

**Attorneys for Cross-Defendant, CLIFTON WARREN**

Dwight Donovan
MBV LAW, LLP
855 Front Street
San Francisco, CA 94111

415-781-4400 P
415-989-5143 F
Dwight@mbvlaw.com

Marco Quazzo
BARG COFFIN LEWIS & TRAPP LLP
350 California Street, 22nd Floor
San Francisco, CA 94104

415-228-5400 P
415-228-5450 F
af@bcltlaw.com

Executed on **January 21, 2009,** at San Jose, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Janelle C. Lira

CERTIFICATE OF SERVICE